UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS, | Index No. 08-CIV-4579 (KMK) |
| Plaintiffs, | REQUEST FOR ENTRY OF DEFAULT JUDGMENT |
| -against- | |
| M.G.L. CONTRACTING INC., | |
| Defendant. | |

---

TO: Clerk of the United States District Court for the
Southern District of New York

Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant, M.G.L. Contracting Inc. having failed to appear or answer the Summons and Complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the District Council 9 Painting Industry Insurance and Annuity Funds and against the Defendant, M.G.L. Contracting Inc. for an Order for an audit and in the sum of $4,256.43, which includes late charges, attorneys' fees, court costs and disbursements.

Dated: Elmsford, New York
July 9, 2008

*Dana L. Henke*
Dana L. Henke (DLH3025)
Barnes, Iaccarino, Virginia,
Ambinder & Shepherd, PLLC
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515