USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Case 7:08-cv-04575-KMK   Document 5   Filed 07/22/2008   Page 1 of 2

Karas, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS, | Index No.: 08-CIV-4575(KMK) |
| Plaintiffs, | ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT |
| -against- | |
| M.G.L. CONTRACTING INC., | |
| Defendant. | |

---

KARAS, D.J.:

Upon the annexed supporting affidavit of Dana L. Henke and upon consideration of Plaintiffs' request for Entry of Final Judgment by Default and the exhibits annexed thereto, it is hereby

ORDERED, that the defendant show cause at a conference to be held on the __7__ day of __August__, 2008 at _12:00_ o'clock a.m. before the Honorable Kenneth M. Karas in White Plains Courtroom 521 of that day or as soon thereafter as counsel can be heard why a Judgment by Default should not be entered in favor of Plaintiffs for the relief requested in the Complaint, and it is further

ORDERED, that objections to the relief requested herein or answering papers, if any, shall be served upon Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC, Attn: Dana L. Henke, 258 Saw Mill River Road, Elmsford, NY 10523 by the __30th__ day of __July__, 2008; and it is further

ORDERED, that service of a copy of this Order and supporting papers be made upon Defendant, M.G.L. Contracting Inc. by First Class Mail on or before the __23rd__ day

✓ of _____July_____, 2008, and such service shall be deemed good and sufficient service.

Dated: White Plains, New York
       July 18, 2008

SO ORDERED

_____
KENNETH M. KARAS, U.S.D.J.