```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE DISTRICT COUNCIL 9
PAINTING INDUSTRY INSURANCE AND
ANNUITY FUNDS,

          Plaintiff,

-v-

M.G.L. CONTRACTING, INC.,

          Defendant.

Case No. 08-CV-4575 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    Plaintiff's Motion for Entry of a Default Judgment is denied without prejudice. The Clerk of Court is respectfully directed to terminate the pending Motion. (Dkt. No. 6.) Parties will return for a conference on October 2, 2008, at 2:30 p.m.

SO ORDERED.

Dated:    August 2̲1̲, 2008
           White Plains, New York

                                      KENNETH M. KARAS
                                      UNITED STATES DISTRICT JUDGE